In the Matter of the Probate of the Will of PHILIP SOLOWAY, Deceased. IDA SOLOWAY, Appellant; ISIDORE FIEBER et al., Respondents. — Order and decree unanimously affirmed, with costs to the respondents, without prejudice to a renewal of the motion by contestant-appellant on papers adducing facts to show meritorious grounds supporting the objections to probate. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUY CANDUSSO, Appellant. — Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ANGELICA MURPHY et al., Plaintiffs, v. VENUS CORPORATION, Respondent, and DAVID B. MAGID et al., Individually and as Copartners Doing Business as HARTFORD TEXTILE COMPANY, Impleaded Defendants-Appellants. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-respondent to serve an amended pleading within ten days after entry of the order. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of THORA LE FEVRE, Petitioner, against PETER F. AMOROSO, as Commissioner of the Correction Department of the City of New York, Respondent. — Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

JACK S. STRAUSS, Individually and on Behalf of All Other Stockholders and Bondholders, Similarly Situated, Appellant, v. MIDTOWN ENTERPRISES, INC., et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Callahan and Peck, JJ.